# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Mary Jo Walter

Docket No. 00-00139-001

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Mary Jo Walter, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Pittsburgh, Pennsylvania, on the 19th day of October 2000, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall pay a $100 special assessment.
- The defendant shall pay restitution to Mellon Bank in the amount of $68,727.50 (to be paid at a rate of not less than 10 percent of her gross monthly income).
- The defendant shall participate in a mental health treatment program as directed by the probation officer.
- The defendant shall provide access to requested financial information, unless in compliance with the payment schedule.
- The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless in compliance with the payment schedule.

10-19-00:   Misapplication of Funds by a Bank Employee; 8 months' imprisonment, followed by 5 years' supervised release.

02-15-02:   Released from custody; Currently supervised by U.S. Probation Officer Romona Clark.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that the defendant has paid a total of $3,628.50 toward restitution, leaving a balance of $65,099. She has abided by the conditions of her release and understands that payments must continue until the balance is paid in full. In light of the upcoming maximum case expiration date of February 14, 2007, it appears appropriate to permit the case to close with an outstanding balance.

PRAYING THAT THE COURT WILL ORDER that the term of supervised imposed at Criminal No. 00-00139-001 be allowed to expire as scheduled on February 14, 2007, with the restitution due and owing and the case be closed.

ORDER OF COURT

Considered and ordered this 8th day of Nov., 2006, and ordered filed and made a part of the records in the above case.

_Maurice B. Cohill_
Maurice B. Cohill
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   November 6, 2006

_Romona Clark_
Romona Clark
U.S. Probation Officer

_Paul J. Dippolito_
Paul J. Dippolito
Supervising U.S. Probation Officer

Place:   Pittsburgh, Pennsylvania